**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIERON INC., | No. C 12-01903 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CALLPASS TECH, | |
| Defendant.           / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 7, 2014 at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 14, 2014.

DESIGNATION OF EXPERTS: 8/1/14; REBUTTAL: 9/1/14.
       Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 26, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by October 17, 2014;

       Opp. Due October 31, 2014;  Reply Due November 7, 2014;

        and set for hearing no later than November 21, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 20, 2015 at 3:30 PM.

JURY TRIAL DATE: January 26, 2015 at 8:30 AM.,
       Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/7/13

SUSAN ILLSTON
United States District Judge